UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| MATT GARCIA,<br>Plaintiff,<br>v.<br>ROWAN WILSON, *et al.*,<br>Defendants. | Case No. 3:26-cv-00559-MMD-CLB<br>ORDER |

Pro se Plaintiff Matt Garcia filed an application to proceed *in forma pauperis* (ECF No. 2 (“IFP Application”)) and a civil rights complaint (ECF No. 2-1 (“Complaint”)). Before the Court is the Report and Recommendation (“R&R”) of United States Magistrate Judge Carla L. Baldwin, recommending that Plaintiff’s IFP application be granted and that his Complaint be dismissed for failure to state a claim. (ECF No. 3.) Plaintiff had until August 6, 2026 to file an objection. To date, no objection has been filed. For that reason, and as further explained below, the Court will adopt the R&R in full.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Baldwin did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) (“De novo review of the magistrate judges’ findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.”). In the R&R, Judge Baldwin found that Plaintiff cannot pay the filing fee and accordingly recommended that Plaintiff’s IFP Application be granted. (ECF No. 3 at 1-2.) Judge Baldwin next screened Plaintiff’s two-sentence Complaint and determined that Plaintiff failed to state enough facts to state a claim for relief. Judge Baldwin recommended dismissal without prejudice and with leave to amend. (*Id.* at 3-4.) The Court agrees and will adopt Judge Baldwin’s recommendations.

///

It is therefore ordered that Judge Baldwin's Report and Recommendation (ECF No. 3) is accepted and adopted in full.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is granted.

The Clerk of Court is directed to file Plaintiff's complaint (ECF No. 2-1).

It is further ordered that Plaintiff's Complaint (ECF No. 2-1) is dismissed without prejudice and with leave to amend. Plaintiff has 30 days from the date of entry of this order to file a first amended complaint curing the deficiencies of his Complaint. Failure to timely file an amended complaint may result in dismissal of this action for failure to state a claim.

DATED THIS 11th Day of August 2026.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE